**Motion Granted and Continuing Abatement Order filed September 22, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00399-CV

———————

### IVAN PEREZ, Appellant

### V.

### CITY OF HOUSTON, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2019-70048**

## CONTINUING ABATEMENT ORDER

On July 21, 2020, we abated this appeal upon motion of the parties to allow for settlement negotiations. On September 17, 2020, appellant filed a motion with this court stating that the parties were still negotiating settlement and requested that we continue the abatement of this appeal That motion is granted.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **October 22, 2020**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.